UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

Cox,

                Plaintiff,                20 Civ. 6000 (KMK)(AEK)

   -against-                **CANCELLATION ORDER**

Town of Greenburgh/Town of Greenburgh
Police Department et al.,

                Defendants.
----------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

In light of the stipulation of voluntary dismissal filed by the parties on May 12, 2021, the telephonic conference scheduled for **Tuesday, May 25**, **2021**, at **10:00 a.m.** before Magistrate Judge Krause is hereby **cancelled**.

Dated: May 14, 2021
       White Plains, New York

                                      **SO ORDERED.**

                                      ANDREW E. KRAUSE
                                      United States Magistrate Judge